UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 08-74 |
| OSCAR SANTOS<br>a/k/a "Leonard Ventura"<br>"Leondardo Grullon," and<br>"Benedicto Marquez" | : | ORDER |

This matter having been opened to the Court by Ralph J. Marra, Jr., the Acting United States Attorney for the District of New Jersey (Brian L. Urbano, Assistant U.S. Attorney, appearing), in the presence of the defendant, Leonardo Grullon, a/k/a "Oscar Santos" (Lisa Mack, Esq., appearing), for an order changing the caption of this matter to reflect the true name of the defendant, Leonardo Grullon, and defendant having consented to the entry of this order, and good cause having been shown,

IT IS on this 5th day of June, 2009,

ORDERED that the name of the defendant in this matter shall be corrected from "Oscar Santos, a/k/a 'Leonard Ventura,' 'Leonardo Grullon,' and 'Benedicto Marquez'" to "Leonardo Grullon."

_____
HON. SUSAN D. WIGENTON
United States District Judge